UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| E. R. N. XXX-XX-9797 | CIVIL ACTION NO. 21-cv-429 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 17], and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision be **REVERSED** based on sentence four of 42 U.S.C. § 405(g) and that this case be **REMANDED** to the Commissioner for further proceedings.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 15th day of September, 2022.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE