UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ELIZABETH RENEE NELSON            CIVIL ACTION NO. 21-cv-429

VERSUS                            JUDGE ELIZABETH E. FOOTE

COMMISSIONER OF SOCIAL SECURITY   MAGISTRATE JUDGE HORNSBY

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that the Motion for Attorney Fees Under Section 406(b) [Record Document 27] is **GRANTED**, and the Court approves a fee award under 42 U.S.C. § 406(b) in the amount of $9,845.50 for the work of attorney Edward Wicklund before the Court in this case, with the amount to be paid from the past due benefits held by the Commissioner for such purposes.

It is further ordered that Counsel, upon receipt of the Section 406(b) fee, return to Plaintiff the $5,045.08 EAJA fee that the Court awarded earlier in the case.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the ___30th___ day of March ~~April~~, 2024.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE